# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 06-5185                                        September Term, 2005

06cv00774

Filed On:

Donnell M. Dyer,
    Appellant

v.

United States of America,
    Appellee

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED

AUG 10 2006

CLERK

### ORDER

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's motion for leave to proceed on appeal in forma pauperis.

The Clerk is directed to transmit a copy of this order and the original motion to proceed in forma pauperis to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

FOR THE COURT:
Mark J. Langer, Clerk

BY: MaryAnne McMain
Deputy Clerk